UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO.: 04-10330-JLT |
| ) | |
| REUBEN LAMONT LACEFIELD, ) | Counts 1 - 2: 18 U.S.C. § 2113(a) |
| Defendant.  ) | Bank Robbery |

INDICTMENT

**COUNT ONE**: 18 U.S.C. § 2113(a) – Bank Robbery

The Grand Jury charges that:

On or about May 22, 2004, at Boston, Massachusetts, in the District of Massachusetts,

**REUBEN LAMONT LACEFIELD,**

the defendant herein, by force and violence and by intimidation, did take from the person and presence of another approximately $222.00, money belonging to, and in the care, custody, control, management and possession of, Sovereign Bank, 575 Boylston Street, Boston, Massachusetts, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, § 2113(a).

**COUNT TWO**: 18 U.S.C. § 2113(a) – Bank Robbery

The Grand Jury further charges that:

On or about May 26, 2004, at Boston, Massachusetts, in the District of Massachusetts,

**REUBEN LAMONT LACEFIELD,**

the defendant herein, by force and violence and by intimidation, did take from the person and presence of another approximately $439.00, money belonging to, and in the care, custody, control, management and possession of, Fleet Bank, 133 Massachusetts Avenue, Boston, Massachusetts, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, § 2113(a).

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further charges that:

1. The robbery that is the subject of Count One and the robbery that is the subject of Count Two involved the taking of the property of a financial institution, as described in U.S.S.G. § 2B3.1(b)(1).

2. The robbery that is the subject of Count One involved a threat of death, as described in U.S.S.G. § 2B3.1(b)(2)(F).

3. At the time of the defendant's commission of the robbery that is the subject of Counts One and Two, the defendant was 18 or more years old and had at least two prior felony convictions of either a crime of violence or controlled substance offense, as described in U.S.S.G. § 4B1.1.

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

/s/ P R L
PAUL R. MOORE
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS ; November 3, 2004, at @ 12:55 PM Boston.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**　　　　　　　　　　　　　**U.S. District Court - District of Massachusetts**

**Place of Offense:**　　　　　**Category No.** II　　　　**Investigating Agency** FBI

**City** Boston　　　　　　　**Related Case Information:**

**County** Suffolk　　　　　　Superseding Ind./ Inf. _____　　**Case No.** 04-CR-10330-JLT
　　　　　　　　　　　　　　Same Defendant _____　New Defendant  x
　　　　　　　　　　　　　　Magistrate Judge Case Number
　　　　　　　　　　　　　　Search Warrant Case Number
　　　　　　　　　　　　　　R 20/R 40 from District of

**Defendant Information:**

Defendant Name   REUBEN LAMONT LACEFIELD　　　　Juvenile   ☐ Yes   ☒ No

Alias Name

Address   Plymouth Co. House of Corrections

Birth date: 1954   SS#: 4143   Sex: M   Race: Black   Nationality: USA

**Defense Counsel if known:** _____　　**Address:** _____

**Bar Number:**

**U.S. Attorney Information:**

AUSA   Paul R. Moore　　　　　　　　　**Bar Number if applicable**  632312

Interpreter:   ☐ Yes   ☒ No　　List language and/or dialect:

Matter to be SEALED:   ☐ Yes   ☒ No

☒ Warrant Requested　　　☐ Regular Process　　　☐ In Custody

**Location Status:**

**Arrest Date:**

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody _____   ☐ Serving Sentence   ☒ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** November 3, 2004　　**Signature of AUSA:**  _/s/ P.R.M._

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy)

**Name of Defendant**   REUBEN LAMONT LACEFIELD

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2113(a) | Bank Robbery | 1, 2 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy

Name of Defendant      **REUBEN LAMONT LACEFIELD**

js45 - Bank Robbery - Lacefield.wpd - 3/13/02