# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of her deputies,

and to:  The Superintendent of Plymouth County House of Corrections

    Plymouth County Correctional Facility (Jail and House of Correction)
    26 Long Pond Road
    Plymouth, MA 02360

YOU ARE COMMANDED to have the body of  REUBEN LAMONT LACEFIELD   (DOB: 1954)   now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 14 , on the    5th    floor, Boston, Massachusetts on    November 15, 2004   , at   10:45 AM   for the purpose of   Initial Appearance    in the case of UNITED STATES OF AMERICA V.   REUBEN LAMONT LACEFIELD  Docket Number         04-CR-10330-JLT         .

And you are to retain the body of said   REUBEN LAMONT LACEFIELD   while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said      REUBEN LAMONT LACEFIELD    to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this   8th   day of    November, 2004   .

SEAL

TONY ANASTAS
CLERK OF COURT

By: _____
Noreen A. Russo, Deputy Clerk
To the Honorable Robert B. Collings

(Habeas.Lacefield.wpd.wpd - 2/2000)

