# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    V.                                        CASE NO. 1-2004-CR-10330-JLT-ALL

REUBEN LAMONT LACEFIELD

    Defendant

## APPOINTMENT OF FEDERAL DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of December 6, 2004 to represent said defendant in this cause until further order of the Court.

                                                        TONY ANASTAS
                                                        CLERK OF COURT

                                  By:   */s/ Noreen A. Russo*
                                                Deputy Clerk

DATE: December 8, 2004

N:\Federal_Defender\FederalPublicDefender.Kelley.Lacefield.wpd