AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF ____MASSACHUSETTS____

UNITED STATES OF AMERICA

V.

**REUBEN LAMONT LACEFIELD**

SSN: 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
DOB: Dec. 10, 1954

## WARRANT FOR ARREST

CASE NUMBER: 04 - 10330 - JLT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____**REUBEN LAMONT LACEFIELD**____
                                                                    Name
and bring him forthwith to the nearest magistrate to answer a(n)

[stamp: 2004 NOV -3 P 4:59 U.S. MARSHALS SERVICE BOSTON, MA RECEIVED]

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Bank Robbery (2 counts)**

both in violation of Title __18__ United States Code, Section(s) __2113(a)__ ;

_Theresa Catino_ _____ _Deputy Clerk_
Name of Issuing Officer                                    Title of Issuing Officer

_Theresa Catino_ _____ _11/3/04 Boston, MA_
Signature of Issuing Officer                              Date and Location

Bail fixed at $ _____ by _____
                                                   Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| WARRANT EXECUTED BY FBI BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 12/6/04 |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |