# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                            CRIMINAL NO. 2004-10330-JLT

REUBEN LAMONT LATTIMORE,
       Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

11/3/2004 - Indictment returned.

12/6/2004 - Initial Appearance/Arraignment

12/7/2004 - 1/4/2005 - Excluded as per L.R. 112.2(A)(2)

1/25/2005 - Conference held.

1/26 - 3/21/2005 -   Continuance granted so that the defendant's counsel can attempt to obtain her client's mental health records and assess his fitness to stand trial and to explore whether a defense based on her client's mental condition should be pressed, I find that the ends of justice served by granting

the continuance outweigh the interest of the public and the defendants in a speedy trial.

Thus, as of March 21, 2005, TWENTY (20) non-excludable days will have occurred leaving FIFTY (50) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

January 25, 2005.