# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                                  CRIMINAL NO. 2004-10330-JLT

REUBEN LAMONT LATTIMORE,
        Defendant.

## *REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

    An Initial Status Conference was held on January 25, 2005; counsel for the defendant was present.

    The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

    (1)    The time is enlarged to the close of business on Tuesday, March 22, 2005.

    (2) - (4)
    (6)    These matters will be taken up at the Interim Status Conference noticed, *infra*.

(5)   *See* Order of Excludable Delay entered this date.

(7)   An Interim Status Conference is set for **Tuesday, March 22, 2005 at 11:00 A.M.**

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

January 25, 2005.