# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                              CRIMINAL NO. 2004-10330-JLT

REUBEN LAMONT LACEFIELD,
        Defendant.

## AMENDED REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)

COLLINGS, U.S.M.J.

    An Initial Status Conference was held on January 25, 2005; counsel for the defendant was present.

    The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

    (1)    The time is enlarged to the close of business on Tuesday, March 22, 2005.

    (2) - (4)(6)    These matters will be taken up at the Interim Status Conference noticed, *infra.*

    (5)    *See* Order of Excludable Delay entered this date.

(7)   An Interim Status Conference is set for **_Tuesday, March 22, 2005 at 11:00 A.M._**

                                              /s/ Robert B. Collings
                                              ROBERT B. COLLINGS
                                              United States Magistrate Judge

January 27, 2005.