# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

          v.          CRIMINAL NO. 2004-10330-JLT

REUBEN LAMONT LACEFIELD,
      Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

3/22/2005 - Conference held.

| | |
|---|---|
| 3/23 - 6/23/2005 - | Continuance granted so that the defendant's counsel can complete her review of the defendant's medical records and attempt to reach a plea agreement with the Government. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial. |

Thus, as of June 23, 2005, TWENTY (20) non-excludable days have

occurred leaving FIFTY (50) days left to commence trial so as to be within the seventy-day period for trial set by statute.

|  |  |
|---|---|
|  | /s/ Robert B. Collings |
|  | ROBERT B. COLLINGS |
| March 22, 2005. | United States Magistrate Judge |