# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                          CRIMINAL NO. 2004-10330-JLT

REUBEN LAMONT LACEFIELD,
       Defendant.

## REPORT AFTER
## INTERIM STATUS CONFERENCE
## PURSUANT TO LOCAL RULE 116.5(A)

COLLINGS, U.S.M.J.

An Interim Status Conference was held on March 22, 2005; counsel for the defendant was present.

The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)    No.

(2)    The defendant shall produce full and complete discovery pursuant to Rule 16(b)(1)(C), Fed. R. Crim. P. to counsel for United States *not less than forty-five (45) working days before trial;* the United States shall comply with its obligations respecting discovery of

experts pursuant to Rule 16 (a)(1)(G), Fed. R. Crim. P., ***not less than twenty-one (21) working days before trial.***

(3)   No.

(4)   Any non-discovery type motions shall be filed ***on or before the close of business on Monday, June 20, 2005;*** the Government shall file its response/opposition ***within the time prescribed by the Local Rules***.

(5)   *See* Order of Further Excludable Delay entered this date.

(6)   It is unknown whether or not a trial will be necessary.

(7)   The Final Status Conference is set for ***Thursday, June 23, 2005 at 3:00 P.M.***

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

March 22, 2005.