UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10330 JLT |
| | ) | |
| REUBEN LAMONT LACEFIELD | ) | |
| | ) | |

Assented-To Motion for Continuance

Defendant Reuben Lacefield, by and through his undersigned attorney, hereby moves this Court for a continuance of the status hearing that is set in this case for Thursday, June 23, 2005 to a date in August, 2005. The defendant requests a continuance of approximately sixty days for the following reasons:

1. Mr. Lacefield is charged with two bank robberies in this Court and is also charged with seven robberies in Suffolk Superior Court. He is presently in the custody of the Sheriff of Suffolk County on the state cases.

2. Counsel anticipates that this case will be a plea. She has been regularly conferring with Mr. Lacefield's state public defender to try to coordinate the disposition of Mr. Lacefield's state and federal cases.

3. On information and belief it appears to counsel that this defendant may have a major mental illness. Counsel has collected Mr. Lacefield's psychiatric records but an expert has not yet examined Mr. Lacefield. The process of retaining an expert recently has been made more difficult as the Federal Public Defender Office has been informed that experts now must undergo background checks. Counsel is trying to find an expert who will submit to this check; when she does, she will have the expert examine the defendant as soon as possible. Counsel

will diligently attempt to have this happen before the next date set by the Court. Once counsel has the benefit of the advice of an expert, the parties can move forward on resolving the case.

    4. The government, through Assistant United States Attorney Paul Moore, assents to this request. The government and defendant request the Court to order a period of excludable delay under 18 U.S.C. § 3161(h) (8) for the period of the continuance.

    REUBEN LAMONT LACEFIELD
By his attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: June 15, 2005