# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                              CRIMINAL NO. 2004-10330-JLT

REUBEN LAMONT LACEFIELD,
       Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

8/1/2005 - Conference held.

6/24 - 8/31/2005 -    Continuance granted so that the defendants' counsel can obtain all the defendant's mental health records and can have the defendant examined by and receive the report of the mental health expert whom she has retained. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

Thus, as of August 31, 2005, TWENTY (20) non-excludable days have occurred leaving FIFTY(50) days left to commence trial so as to be within the

seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
August 1, 2005.                                              United States Magistrate Judge