# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    V.                        CRIMINAL NO. 2004-10330-JLT

REUBEN LAMONT LACEFIELD.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

9/1/2005 - Conference held.

Thus, as of September 1, 2005, TWENTY (20) non-excludable days have occurred leaving FIFTY (50) days left to commence trial so as to be within the seventy-day period for trial set by statute.

                                        /s/ *Robert B. Collings*
                                        ROBERT B. COLLINGS

September 6, 2005.            United States Magistrate Judge