UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-CR 10330-JLT |
| | ) | |
| REUBEN LACEFIELD | ) | |

Assented-To Motion for Pre-Plea Presentence Report

_____Defendant Reuben Lacefield, by and through his undersigned attorney, hereby requests that this Court order the Probation Department to produce a Presentence Report prior to the defendant's trial date, scheduled for January 17, 2006. The parties so request because they have unresolved issues concerning Mr. Lacefield's guidelines range, and a Presentence Report will clarify those issues and make it possible for the case to be efficiently resolved.

The government, through Assistant United States Attorney Paul Moore, assents to this request. The government and defendant request the Court to order a period of excludable delay under 18 U.S.C. § 3161(h) (8) from the date of today's conference, September 28, 2005, until the next court date, January 17, 2006.

REUBEN LACEFIELD  
By his attorney,

/s/ Page Kelley  
Page Kelley  
  B.B.O. #548237  
Federal Defender Office  
408 Atlantic Avenue, 3rd Floor  
Boston, MA  02110  
Tel: 617-223-8061

September 28, 2005