

## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

TO THE MARSHALL FOR THE DISTRICT OF MASSACHUSETTS, or any of the deputies, and to: THE SHERIFF AT, SUFFOLK COUNTY HOUSE OF CORRECTION, BOSTON, MASSACHUSETTS.

YOU ARE COMMANDED to have the body of RUBEN LAMONT LACEFIELD, now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Courtroom Number 20 Boston, Massachusetts on TUESDAY, JANUARY 24, 2006 at 10:30 A.M. for purposes of RULE 11 HEARING, in the case of UNITED STATES OF AMERICA VS RUBEN LAMONT LACEFIELD, CR 04-10330 and you are to retain the body of said RUBEN LAMONT LACEFIELD, before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said RUBEN LAMONT LACEFIELD, to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And you have then and there this Writ with your doings herein.

SARAH THORNTON, CLERK

By: _Zita Lovett_
Zita Lovett, Deputy Clerk

DATED AT BOSTON, THIS 18TH
DAY OF JANUARY, 2006.