UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10330 JLT |
| ) | |
| REUBEN LAMONT LACEFIELD ) | |
| ) | |

MOTION TO FILE UNDER SEAL

Now comes the defendant through counsel and requests permission to file a report prepared by a medical expert on his behalf under seal. The defendant so moves because the report contains information which he does not wish to be part of the public record.

　　　　　　　　　　　　　　　　　　　　　　REUBEN LAMONT LACEFIELD
　　　　　　　　　　　　　　　　　　　　　　By his attorney,

　　　　　　　　　　　　　　　　　　　　　　/s/ Page Kelley
　　　　　　　　　　　　　　　　　　　　　　Page Kelley
　　　　　　　　　　　　　　　　　　　　　　　 B.B.O. #548237
　　　　　　　　　　　　　　　　　　　　　　Federal Defender Office
　　　　　　　　　　　　　　　　　　　　　　408 Atlantic Avenue, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　　　　　　　Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 30, 2006.

　　　　　　　　　　　　　　　　　　　　　　 /s/ Page Kelley
　　　　　　　　　　　　　　　　　　　　　　Page Kelley